# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
v.
**GARY LEE WIKELIUS**

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 03-30108-001

Karl Bryning
Defendant's Attorney

**FILED**
NOV 22 2004
JOHN M. WATERS, Clerk
CENTRAL DISTRICT COURT
DISTRICT OF ILLINOIS

**FILED**
OCT 26 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**THE DEFENDANT:**

[x] pleaded guilty to count(s) 2
[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
[ ] was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC §2423(a) | Transportation of a Minor with Intent to Engage in Sex | July 14, 2001 | 1 |

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[x] Count(s) 1 is dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: _____
Defendant's Date of Birth: 1954
Defendant's USM No.: _____
Defendant's Residence Address:
Watkins, Minnesota 55389

Defendant's Mailing Address:
Same as above

October 22, 2004
Date of Imposition of Judgment

s/Jeanne Scott
Signature of Judicial Officer

JEANNE E. SCOTT,
United States District Judge
Name and Title of Judicial Officer

Date October 26, 2004

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE 10/26/04

DEFENDANT: GARY LEE WIKELIUS
CASE NUMBER: 03-30108-001

Judgment — Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 121 Months.

[x] The court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be placed in a Sex Offender Treatment Facility where he can take advantage of most intensive sex offender program.
2. As close to Wisconsin as possible.

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

[ ] at _____ [ ] a.m. [ ] p.m. on _____.

[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[ ] before on _____.

[ ] as notified by the United States Marshal.

[ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 11-16-04 to FCI Waseca

at Waseca MN, with a certified copy of this judgment.

C. Heacinta Warden
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL