# United States District Court

for

## CENTRAL DISTRICT OF ILLINOIS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Gary Lee Wikelius  **CASE NUMBER:** 03-30108-001<br>FCI Englewood<br>Federal Correctional Institution<br>9595 West Quincy Ave.<br>Littleton, CO 80123 |
| **SENTENCING JUDICIAL OFFICER:** | Jeanne E. Scott<br>U.S. District Judge<br>(Case transferred to U.S. District Judge Sue E. Myerscough) |
| **DATE OF ORIGINAL SENTENCE:** | October 22, 2004 |
| **ORIGINAL OFFENSE:** | Transportation of a Minor with Intent to Engage in Sex |
| **ORIGINAL SENTENCE:** | 121 months imprisonment followed by 3 years supervised release |
| **TYPE OF SUPERVISION:** | Supervised release |
| **DATE SUPERVISION WILL COMMENCE:** | August 25, 2012 |

## PETITIONING THE COURT

[ ] To extend the term of supervision for  years, for a total term of  years.
[**X**] To modify the conditions of supervision as follows:

**SPECIAL CONDITION NO. 9:** The defendant shall not possess or use a computer or have access to any on-line service without the prior approval of the U.S. Probation and Pretrial Services Office. The defendant shall identify all computer systems, Internet-capable devices, and similar memory and electronic devices to which the defendant has access, and allow installation of a computer and Internet monitoring program. Monitoring may include random examinations of computer systems along with Internet, electronic, and media storage devices under the defendant's control. The computer system or devices may be removed for a more thorough examination, if necessary. The defendant shall contribute to the cost of such monitoring services, based on the defendant's ability to pay, as deemed appropriate by the Probation Office.

**SPECIAL CONDITION NO. 10:** The defendant shall refrain from accessing that matter which relates to the activity in which the defendant was engaged in committing the instant offense behavior, namely child pornography.

**SPECIAL CONDITION NO. 11:** The defendant shall provide the probation officer access to any requested financial information, including credit reports, credit card bills, bank statements, and telephone bills.

**SPECIAL CONDITION NO. 12**: The defendant shall participate in sex offender and/or mental health treatment as approved by the probation officer and shall submit to risk assessment which may include but is not limited to arousal screening, penile plethysmographing, and polygraphing/truth verification testing. Sex offender assessments and treatment are to be conducted by a therapist approved in advance by the probation office. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

**SPECIAL CONDITION NO. 13**: The defendant shall reside for a period of up to 180 in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility, which may include location monitoring with Global Positioning System (GPS) technology. It is further recommended that subsistence be waived.

**SPECIAL CONDITION NO. 14**: The defendant shall submit his person, residence, office, vehicle, or an area under the defendant's control to a search conducted by a United States Probation Officer or supervised designee, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a supervision violation. The defendant shall warn any other residents or third parties that the premises and areas under the defendant's control may be subject to searches pursuant to this conditions.

## CAUSE

The offender is scheduled for release from the Bureau of Prisons on August 25, 2012, and has requested to transfer his supervised release to the District of Minnesota. U.S. Probation Officer, Aaron Rotering, indicated that in order to effectively monitor the offender, his supervised release conditions should be modified to include those listed above. The offender signed a Hearing Waiver agreeing to the additional conditions of supervised release requested in this modification. The Hearing Waiver is attached for the Court's review.

The District of Minnesota is requesting the Central District of Illinois add these conditions before they will accept supervision of the offender's case.

Respectfully submitted,

s/Eric W. Fox

U.S. Probation Officer
Date: August 18, 2011

EWF:cr

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[ X ] The Modification of Conditions as Noted Above
[ ] Other

s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge
Date: August 18, 2011